
CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
FEB -2 2015
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| VANCE SCOTT HENSLEY, ) | Civil Action No. 7:15-cv-00037 | |
| Petitioner, ) | | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| COMMONWEALTH, ) | By: Hon. Jackson L. Kiser | |
| Respondent. ) | Senior United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED** without prejudice; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Petitioner.

ENTER: This 2nd day of February, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge